# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1203
Lower Tribunal No. 13-37260

_____

**City of Miami,**
Appellant,

vs.

**346 NW 29th Street, LLC, and Others Similarly Situated,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Rosa I. Rodriguez, Judge.

Victoria Méndez, City Attorney, Henry J. Hunnefeld, Senior Assistant City Attorney, and  Kerri L. McNulty, Assistant City Attorney, for appellant.

Pardo Gainsburg, Stevan J. Pardo and Nicole R. Rekant, for appellees.


Before WELLS, ROTHENBERG and EMAS, JJ.

WELLS, Judge.

On the City of Miami's acknowledgement that the application of section 194.171 of the Florida Statutes (the 60-day non-claim period for filing challenges to tax assessments) would produce the same result as to both the named class representative and all class members in this action, we affirm the Order Granting Class Certification. In doing so, we do not address the trial court's factual or legal determinations as to the applicability of either section 194.171 or section 95.11 of the Florida Statutes, as we find any such determinations premature to the question at hand. Accordingly, we affirm this order certifying a class without prejudice to the City's right to assert these statutory provisions as a bar to recovery, and to make a full record regarding same in the proceedings to follow, as to both the class representative and each class member.

Affirmed.